

# Fourth Court of Appeals
## San Antonio, Texas

November 14, 2017

No. 04-15-00107-CV

Justin V. **HAYNES,**
Appellant

v.

Alicia Bryan **HAYNES,**
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-14023
Honorable David A. Canales, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice

On May 31, 2017, this court issued a memorandum opinion affirming in part and reversing in part the trial court's judgment and remanding the cause to the trial court for further proceedings. On November 13, 2017, appellant filed an agreed motion to expedite mandate. *See* TEX. R. APP. P. 18.1(c). The motion is GRANTED. The clerk of the court is instructed to issue the mandate immediately. *See id.*

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court